UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROXANNE LOUISE KNICKREHM, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-625-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. Plaintiff's objections to the M&R [D.E. 22] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on February 21, 2017, and Copies To:**
| | |
|---|---|
| Brian M. Ricci | (via CM/ECF electronic notification) |
| David M. Mansfield | (via CM/ECF electronic notification) |

DATE:               JULIE RICHARDS JOHNSTON, CLERK
February 21, 2017          (By) /s/ Nicole Briggeman
                      Deputy Clerk